995 F.2d 216
 Bronson (Purcell)
v.
Zimmerman (Charles), Moore (Margaret), Mazurkiewicz
(Joseph), Petsock (George), Ewing (Francis P.), Co. Kunes,
Co. Mowery, Co. Hill, Caison (Captain), Co. Texter, Norris
(Sgt.), Co. Broome, Erhart (Sgt.), Roche (Sgt.), Co. Frye,
Co. Graham, Sgt. Brauginham, Co. Wilson, Lt. McFetridge,
John Does 1, 2, 3, 4, 5, 6, & 7, Callithen (H.S.), Good (David)
 NO. 92-3683
 United States Court of Appeals,
Third Circuit.
 May 27, 1993
 
 Appeal From: W.D.Pa.,
 Block, J.
 
 
 1
 AFFIRMED.